**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Trevor Ormond

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR ORMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIBSON BRANDS, INC.,<br><br>Defendant. | **Case No.:** 8:21-cv-1552-PSG-JDE<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>Judge: Hon. Phillip G. Gutierrez<br>Action Removed: September 21, 2021 |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

PLEASE TAKE NOTICE that Plaintiff Trevor Ormond ("Plaintiff") and Defendant Gibson Brands, Inc. ("Defendant") (or jointly as the "parties") have reached an agreement in principle to settle this action on an individual basis. The Parties request that all deadlines be vacated and that the Parties be given thirty (30) days to submit the required documentation before dismissing all individual claims in this action with prejudice and all class claims without prejudice.

Dated: December 22, 2021                    Respectfully submitted,

                                            By: /s/ Abbas Kazerounian

                                            Abbas Kazerounian, Esq. (SBN: 249203)
                                            KAZEROUNI LAW GROUP, APC
                                            245 Fischer Avenue, Suite D1
                                            Costa Mesa, CA 92626
                                            Telephone: (800) 400-6808
                                            Facsimile: (800) 520-5523

                                            *Attorneys for Plaintiff*

Dated: December 22, 2021                    Respectfully submitted,

                                            By: /s/ Andrea E. Bates

                                            Andrea E. Bates, Esq. (SBN: 192491)
                                            BATES & BATES LLC
                                            1890 Marietta Boulevard
                                            Atlanta, Georgia 30318
                                            Telephone: (404) 288-7439
                                            Facsimile: (404) 963-6231

                                            *Attorneys for Defendant*

## ECF ATTESTATION

I, Abbas Kazerounian, Esq., am the ECF User whose ID and password are being used to file the following: **NOTICE OF SETTLEMENT**. In compliance with Local Rule 5-4.3.4(2), I hereby attest that Andrea E. Bates, Esq., has concurred in this filing.

| | |
|---|---|
| December 22, 2021 | */s/ Abbas Kazerounian* |
| | Abbas Kazerounian, Esq. |