FILED
CLERK, U.S. DISTRICT COURT
12/28/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

LINK 36

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR ORMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIBSON BRANDS, INC.,<br><br>Defendant. | Case No.: 8:21-cv-1552-PSG-JDE<br><br>[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)<br><br>Judge: Hon. Phillip G. Gutierrez<br>Action Filed: September 21, 2021 |

Pursuant to the Parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that the above-captions action is hereby dismissed it its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. The Parties shall bear his/its own attorneys' fees and costs.

Dated: 12/28/2021, 202_

The Honorable Phillip G. Gutierrez
United States District Judge

- 1 -